

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    JAN 3 0 2004

LORETTA G. WHYTE
CLERK

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STANLEY RAY KINCHEN
(Enter above the full name of the
plaintiff in this action.)

CIVIL ACTION

04-0148

NO. _____

SECT. R MAG. 2
SECTION _____

versus

JEFFERSON PARISH
POLICE DEPT AND JEFF-
ERSON CORRECTIONAL CENTER
(Enter above the full name of the
defendant or defendants in this
action.)

COMPLAINT

I.    Previous Lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action or otherwise relating to your imprisonment?
Yes ( )  No (✔)

Fee _____
✔ Process _____
X Dktd _____
✔ CtRmDep _____
_____ Doc. No. _____

B.  If your answer to A is yes, describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to the previous lawsuit

Plaintiffs  _____

_____

Defendants  _____

_____

2.  Court (If federal court, name of the district court; if state court, name the parish.)

_____

3.  Docket Number _____

4.  Name of judge to whom case was assigned _____

_____

5.  Disposition (For example:  Was this case dismissed?  Was it appealed? Is it still pending?)

_____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

C.  Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes (  )  No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case.  You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

Place of Present Confinement: **JEFFERSON PARISH CORRECTIONAL CENTER**

A.  Is there a prisoner grievance procedure in this institution?
Yes (✓)  No (  )

2

B.    Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( ) No (✓)

C.    If your answer is YES,

1.    Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2.    As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals?

_____

_____

_____

D    If your answer is NO, explain why you have not done so: THE INCIDENT IN QUESTION HAPPEN IN DECEMBER 2602, AND I WAS NOT INCARCERATED AT TIME OF INCIDENT.

III.  Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank. Do the same for additional plaintiffs, if any.)

A.    Name of plaintiff STANLEY RAY KINCHEN

Address 1200 ABERDEEN ST., APT. E

Date of Birth 05-20-58

Prisoner Number 1060 161879 - AC-14

Date of Arrest DECEMBER 26, 2002

Date of Conviction TRIAL PENDING

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B.    Defendant JEFFERSON POLICE DEPT. is employed as JEFFERSON PARISH POLICE DEPT. at JEFFERSON PARISH, LA.

C.    Additional Defendants JEFFERSON PARISH CORRECTIONAL CENTER.

3

IV    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

I WAS BEATEN SEVERELY BY THE JEFF-ERSON PARISH POLICE DEPT. WHILE HANDCUFF AND MACED. I WAS TOLD TO STOP IN VEHICLE I WAS DRIVING, BUT I DID NOT DUE TO ME BEING BEATEN BEFORE BY JEFFER-SON PARISH POLICE IN MAY OF 2001. I WAS BEATEN IN FRONT OF WITNESSES BOTH TIMES WHILE BEING HANDCUFF AND NOT ADVISED OF MY RIGHTS. I HAVE WITNESSES TO EACH INCIDENTS.

V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I WISH TO BE COMPENSATED FOR INJURIES SUFFERED AT THE HANDS OF THE JEFFERSON PARISH POLICE DEPT. ALSO RESITUTION FOR IMPROPER AND NEGLIGENT TREATMENT AT JEFFERSON PARISH CORECTIONAL CENTER. MY CONSITUTIONAL RIGHTS WERE VIOLA-TED. I WOULD LIKE TO RECIEVE THE AMOUNT OF $500,000.00 FOR MY PHSICAL INJURIES AS WELL AS MY EMOTIONAL AND MENTAL ANGUISH AS A RESULT OF MY CONSITUTIONAL RIGHTS BEING VIOLATED.

4

VI  Plaintiff's Declaration

1)      I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)      I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)      I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)      I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this __23__ day of __DECEMBER__ in 2003.


_____
(Signature of Plaintiff)

9/97

5

AO 240  (EDLA Rev  8/02)

# UNITED STATES DISTRICT COURT
### Eastern District of Louisiana

**STANLEY R. KINCHEN**
Plaintiff

V.

**JEFFERSON PARISH POLICE DEPT. ET AL**
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, **STANLEY R. KINCHEN**, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☑ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration **JEFFERSON PARISH CORRECTIONAL CEN.**

    Are you employed at the institution?  **NO**  Do you receive any payment from the institution?  **NO**

    Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?          ☐ Yes          ☑ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. **11-22-03, $200.00 WK. NEW JERUSALEM CAR WASH**

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment          ☑ Yes          ☐ No
    b.  Rent payments, interest or dividends          ☐ Yes          ☑ No
    c.  Pensions, annuities or life insurance payments          ☐ Yes          ☑ No
    d.  Disability or workers compensation payments          ☐ Yes          ☑ No
    e.  Gifts or inheritances          ☐ Yes          ☑ No
    f.  Any other sources          ☐ Yes          ☑ No

    If the answer to any of the above is "Yes", describe each source of money and state the amount received and what you expect you will continue to receive.

    **$200.00 WK. - CAR WASH
    NO LONGER EMPLOYED**

.Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

If 'Yes' state the total amount. _____

5    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No

If 'Yes" describe the property and state its value.

6    List the persons who are dependent on you for support, state your relationship to each person and indicate now much you contribute to their support.

**N A**

I declare under penalty of perjury that the above information is true and correct.

12-23-03
_____
DATE

*Stanley R. Kinch*
SIGNATURE OF APPLICANT

- - - - - - - - - - - -

## STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)

I hereby certify that this inmate, **STANLEY RAY KINCHEN**, has a present

(print name)

inmate account balance of $_____ at the _____ institution. I further certify that

the average monthly deposits for the preceding six months is $_____.

(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six).

I further certify that the average monthly balance for the prior six months is $_____.

(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).

_____
Date Certified

_____
Authorized Officer of Institution

O 240 11 341

·Do you have any cash or checking or savings accounts?   ☐ Yes   ☑ No

If "Yes" state the total amount _____

5   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☑ No

If "Yes" describe the property and state its value.

6   List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

## N A

I declare under penalty of perjury that the above information is true and correct.

**12-23-03**
DATE

_Stanley R. Kinchen_
SIGNATURE OF APPLICANT

- - - - - - - - - - -

## STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)

# 1000161879

I hereby certify that this inmate, **STANLEY RAY KINCHEN**, has a present

(print name)

inmate account balance of $ _.09_ at the _JPCC_ institution. I further certify that

the average monthly deposits for the preceding six months is $ _5.96_

_The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six)._

I further certify that the average monthly balance for the prior six months is $ _3.01_

_The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six)._

**1/12/04**
Date Certified

_Martha K Melancon_
Authorized Officer of Institution

STANLEY R. KINCHEN-1000161879
J.P. C.C.
P. O. BOX 388
GRETNA, LA 70054
AC-14

U.S. DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA
500 CAMP ST.
NEW ORLEANS, LA. 70130
ATTN: CLERK OF COURT

70130/3367

Case 2:04-cv-00148-SSV   Document 1   Filed 01/30/04   Page 9 of 9